| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>ACIM NY, L.L.C. d/b/a Nissan of Manhattan, :<br>ALIM NY, L.L.C. d/b/a Infiniti of Manhattan, :<br>and BICOM NY, LLC d/b/a Jaguar Land Rover :<br>Manhattan, :<br>                                                :<br>            Plaintiffs/Counter Defendants, :<br>                                                :<br>                 - against - :<br>                                                :<br>NISSAN NORTH AMERICA, INC. and :<br>NISSAN MOTOR ACCEPTANCE CORP., :<br>                                                :<br>            Defendants/Counter Claimants. :<br>------------------------------------------------------------ X<br>NISSAN MOTOR ACCEPTANCE CORP., :<br>                                                :<br>            Third-Party Plaintiff, :<br>                                                :<br>                 - against - :<br>                                                :<br>BNF NY REALTY, LLC, :<br>BNF PARTNERS NY, LLC, :<br>MTKN, LLC d/b/a Nissan of Mt. Kisco; :<br>WHITE PLAINS AUTO COMPANY, LLC :<br>   d/b/a White Plains Nissan, :<br>GARY B. FLOM, :<br>ALEXANDER A. BOYKO, and :<br>VENIAMIN NILVA, :<br>                                                :<br>            Third-Party Defendants. :<br>------------------------------------------------------------ X<br>NISSAN NORTH AMERICA, INC., :<br>                                                :<br>            Third-Party Plaintiff, :<br>                                                :<br>                 - against - :<br>                                                :<br>GARY B. FLOM, :<br>ALEXANDER A. BOYKO, and :<br>VENIAMIN NILVA, :<br>                                                :<br>            Third-Party Defendants. :<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/19/2019<br><br>17 Civ. 729 (LGS)<br><br>**<u>ORDER</u>**<br><br><br><br><br><br><br><br><br><br><br>Third-Party Action No.: 1<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Third-Party Action No.: 2 |

LORNA G. SCHOFIELD, District Judge:

It is **ORDERED** that by **November 22, 2019**, the parties shall file a joint status letter apprising the Court of all matters that have been resolved and all that are outstanding and the status thereof.

Dated: November 19, 2019
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**