```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
------------------------------------------------------X   ELECTRONICALLY FILED
ACIM NY, L.L.C. d/b/a Nissan of Manhattan,       :    DOC #:_____
ALIM NY, L.L.C. d/b/a Infiniti of Manhattan,     :    DATE FILED: 12/06/2019
and BICOM NY, LLC d/b/a Jaguar Land Rover        :
Manhattan,                                       :
                                                 :    17 Civ. 729 (LGS)
       Plaintiffs/Counter Defendants,            :
                                                 :    **ORDER**
              - against -                        :
                                                 :
NISSAN NORTH AMERICA, INC. and                   :
NISSAN MOTOR ACCEPTANCE CORP.,                   :
                                                 :
       Defendants/Counter Claimants.             :
------------------------------------------------------X
NISSAN MOTOR ACCEPTANCE CORP.,                   :
                                                 :    Third-Party Action No.: 1
       Third-Party Plaintiff,                    :
                                                 :
              - against -                        :
                                                 :
BNF NY REALTY, LLC,                              :
BNF PARTNERS NY, LLC,                            :
MTKN, LLC d/b/a Nissan of Mt. Kisco;             :
WHITE PLAINS AUTO COMPANY, LLC                   :
     d/b/a White Plains Nissan,                  :
GARY B. FLOM,                                    :
ALEXANDER A. BOYKO, and                          :
VENIAMIN NILVA,                                  :
                                                 :
       Third-Party Defendants.                   :
------------------------------------------------------X
NISSAN NORTH AMERICA, INC.,                      :
                                                 :    Third-Party Action No.: 2
       Third-Party Plaintiff,                    :
                                                 :
              - against -                        :
                                                 :
GARY B. FLOM,                                    :
ALEXANDER A. BOYKO, and                          :
VENIAMIN NILVA,                                  :
                                                 :
       Third-Party Defendants.                   :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 26, 2019, the Court granted summary judgment to Nissan North America, Inc. ("NNA") as to Counts One through Five and Seven in its Amended Counterclaims and Amended Third-Party Complaint (Dkt. No. 564);

WHEREAS, on November 19, 2019, the Court ordered that judgment be entered in favor of NNA and against BICOM on Count Six of NNA's Second Amended Counterclaims and Third-Party Complaint (Dkt. No. 628);

WHEREAS, the parties represent that all other claims have been resolved.

The Clerk of Court is respectfully requested to enter judgment accordingly and close the case.

Dated: December 6, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE