USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2019

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ACIM NY, L.L.C. d/b/a Nissan of Manhattan,
ALIM NY, L.L.C. d/b/a Infiniti of Manhattan,
and BICOM NY, LLC d/b/a Jaguar Land Rover
Manhattan,

        Plaintiffs/Counter Defendants,

           -against-

NISSAN NORTH AMERICA, INC. and
NISSAN MOTOR ACCEPTANCE CORP.,

        Defendants/Counter Claimants.

-----------------------------------------------------------X

NISSAN MOTOR ACCEPTANCE CORP.,

        Third-Party Plaintiff,

           -against-

BNF NY REALTY, LLC,
BNF PARTNERS NY, LLC,
MTKN, LLC d/b/a Nissan of Mt. Kisco;
WHITE PLAINS AUTO COMPANY, LLC
d/b/a White Plains Nissan,
GARY B. FLOM,
ALEXANDER A. BOYKO, and
VENIAMIN NILVA,

        Third-Party Defendants.

-----------------------------------------------------------X

NISSAN NORTH AMERICA, INC.,

        Third-Party Plaintiff,

           -against-

GARY B. FLOM,
ALEXANDER A. BOYKO, and
VENIAMIN NILVA,

        Third-Party Defendants.

-----------------------------------------------------------X

17 **CIVIL** 729 (LGS)

## **JUDGMENT**

Third-Party Action No.: 1

Third Party Action No.: 2

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 26, 2019, Order dated November 19, 2019, and Order dated December 6, 2019, summary judgment is granted to Nissan North America, Inc., ("NNA") as to Counts One through Five and Seven in its Amended Counterclaims and Amended Third-Party Complaint; judgment is entered in favor of NNA and against BICOM on Count Six of NNA's Second Amended Counterclaims and Third-Party Complaint (Dkt. No. 628); the parties represent that all other claims have been resolved; accordingly, the case is closed.

**Dated:** New York, New York
December 9, 2019

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/9/2019